# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2229

_____

| | | |
|---|---|---|
| Eugene Kenneth Jones, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Dora Schriro; Martin Yallaly; Carl | * | |
| Gilmore; Penny Hubbard; Lorenzo | * | [UNPUBLISHED] |
| Chancelor, | * | |
| | * | |
| Appellees, | * | |
| | * | |
| Petey Roberts, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| Angelica Woods; Ben J. Gannaro; | * | |
| Betty Wise; Henry Reese; Richard | * | |
| Dixon; Victor Stuart; Jerome Fields; | * | |
| Pili Robinson, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 31, 2006
Filed: April 5, 2006

_____

Before ARNOLD, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Eugene Kenneth Jones appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. We have carefully reviewed the record and considered the parties' arguments, and find no basis for overturning the district court's well-reasoned opinion. See Anderson v. Larson, 327 F.3d 762, 767 (8th Cir. 2003) (standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.